No. 09-9068. Scott R. Zabriskie, Petitioner v. Orlando Police, et al.

560 U.S. 979, 130 S. Ct. 3447, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4752.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1074, 130 S. Ct. 2104, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3442.

No. 09-9073. Fard Mohammed, Petitioner v. Wisconsin Insurance Security Fund, et al.

560 U.S. 979, 130 S. Ct. 3447, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4738.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1074, 130 S. Ct. 2105, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3288.

No. 09-9080. Keith Russell Judd, Petitioner v. New Mexico.

560 U.S. 979, 130 S. Ct. 3447, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4746.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1075, 130 S. Ct. 2105, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3282.

No. 09-9167. Raymond L. Semler, Petitioner v. Donna Finch.

560 U.S. 979, 130 S. Ct. 3447, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4754.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3362.

No. 09-9220. Kenneth Edward Barbour, Petitioner v. Lt. Schlobohm, et al.

560 U.S. 979, 130 S. Ct. 3447, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4731.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1095, 130 S. Ct. 2376, 176 L. Ed. 2d 773, 2010 U.S. LEXIS 3649.

No. 09-9221. Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.; Kenneth Edward Barbour, Petitioner v. Legislation Upon Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Keeffee Commissaries at Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; and Kenneth Edward Barbour, Petitioner v. Representative of the Persons Assistant Warden Harvey.

560 U.S. 980, 130 S. Ct. 3447, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4729.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1076, 130 S. Ct. 2140, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3412.

No. 09-9233. Luis Gonzalez and Maria Gonzalez, Petitioners v. Lynne Riddle, et al.

560 U.S. 980, 130 S. Ct. 3448, 177 L. Ed. 2d 351, 2010 U.S. LEXIS 4721.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3571.